**No. 61179.**—Lian Bros., Inc. *v.* United States, protest 286798–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of tablecloths and napkins similar in all material respects to those the subject of Abstract 59733, the claim of the plaintiff was sustained.